Order entered November 7, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00623-CV

KEANE LANDSCAPING, INC., KEVIN & AMY KEANE, Appellant

V.

THE DIVINE GROUP, INC., Appellee

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-08287

## ORDER

The Court has before it appellants' October 24, 2012 second motion for extension of time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by November 23, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE